**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    TYRONE CONNOR,                         No. C 07-4805 SI (pr)

9            Plaintiff,                     **JUDGMENT**

10       v.

11   JOHN STEINBERG; PEOPLE OF THE
     STATE OF CALIFORNIA,
12
             Defendants.
13   _____/

14
         This action is dismissed without prejudice to plaintiff filing a habeas petition to challenge
15
     his state court conviction and without prejudice to plaintiff filing a civil action for damages
16
     concerning his conviction if it is ever set aside.
17

18
         IT IS SO ORDERED AND ADJUDGED.
19

20
     Dated: September 20, 2007            _____
21
                                              SUSAN ILLSTON
22                                       United States District Judge

23

24

25

26

27

28