Northern District of California

Dear office of clerk

This is Mr Connor can you please send me the lass decision made on case number # C07-4805 SI and a copy of the letter in the files that was send to judge Susan Illston.

thank you
yours truly
Mr Connor

FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA