2/14/08

**FILED**
MAR 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case C07-4805SI

**RECEIVED**
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear judge Susan Illston

This is Mr Conno, judge Susan I send you two letters and I just receive a civil docket list from the court that shows that these two letters was file, one on the 10/3/2007 and the second letter on the 12/20/07 but neither one of these letters was responded to and I would like to know why, Sence the Court is under obligation to respond to any letters or documents that comes before it.

yours truly
Mr Connor