

Tyrone Connor
CDC# K-10414
CSP A yard
P.O. Box 290066
Represa Ca 95671

United States District Court
Northern District Court
San Francisco
94102