United States Court
Judge Susan Illston
Northern District Calif.
San Francisco 94102

Thyrone Connor
CDC # K-18414
CSP PO Box 290066
Represa CA 95671