UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE CONNOR,                      No. C 07-4805 SI (pr)

      Plaintiff,                            **ORDER**

  v.

JOHN STEINBERG; PEOPLE OF THE STATE OF CALIFORNIA,

      Defendants.
                                      /

        This action was dismissed in September 2007. Plaintiff recently sent to the court a letter in which he requested that he be provided with a lawyer, an investigator, and a legal runner – all of which he believes are mandatory – to pursue his rights. The requests are DENIED.

        Plaintiff apparently is confusing a state criminal action (such as the case that led to his conviction) with a civil action (such as the civil rights action he filed in this court). A criminal defendant has a constitutional right to appointment of counsel but a plaintiff in a civil action has no such right. A criminal defendant who has chosen to represent himself sometimes will be permitted by a state court to have the assistance of an investigator or a legal runner, but those services are not made available to an unrepresented plaintiff in a civil action in this court. Plaintiff has no enforceable right to a lawyer, investigator or legal runner in a civil action such as this one. The court declines to appoint a lawyer to represent plaintiff in this action that was dismissed six months ago. As there is nothing remaining to be litigated in this action, the court will not entertain any more letters, motions or requests from plaintiff in this action.

        IT IS SO ORDERED.

Dated: April 28, 2008                                               _____
                                                                           SUSAN ILLSTON
                                                                           United States District Judge