pleading form

7,27,008

Case # C07-4805

Dear judge Susan Illston

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This is Mr Connor, in State law its a one seventy piont six to dismiss a byus judge could you please tell me what it is in federal law because I want you dismiss from this case, this case is on the issue of a women and your a women you seems to be a bit byus after you review the Complaint and realize that I was done wrong by my trial lawyer and my appellate

RECEIVED
JUL 30 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

lawyer you dismiss my case and denied me a lawyer and an investigtor and a legal runner judge Susan I never kill my wife and an investigation in this case would reveal this. judge Susan please respon

yours truly
Mr Connor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE CONNOR,

    Plaintiff,

v.

JOHN STEINBERG; PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants.

No. C 07-4805 SI (pr)

**JUDGMENT**

This action is dismissed without prejudice to plaintiff filing a habeas petition to challenge his state court conviction and without prejudice to plaintiff filing a civil action for damages concerning his conviction if it is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 20, 2007

                                    SUSAN ILLSTON
                                  United States District Judge