Thylone Conner
CDC# K10414 CSP
P.O. Box 290066
Represa CA 95671

United States
United State Court
Northern District Calif.
San Francisco
94102

MAILED FROM ZIP CODE 95670

