9/2/008

Case # C07-4805

Dear judge Susan Illston

This is Mr Connor, in State law its a one seventy piont six to dismiss a byus judge could you please tell me what it is in federal law because I want you dismiss from this case. this case is on the issue of a women and your a women you seems to be a bit byus after you review the complaint and realize that I was done wrong by my trial lawyer and my appellate lawyer

you dismiss my case and denied me a lawyer and an investigtor and a legal runner and chance to fight the dismissal all of whitch am constitutionaly entital to do. Judge Susan I never kill my wife and an investigation in this case would reveal this. Susan you have the power to help me reveal the truth please do this.

yours truly
Mr Connor

Case 3:07-cv-04805-SI    Document 13    Filed 09/09/2008    Page 4 of 4